[No. 32971-2-III.  Division Three.  October 29, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS A. SCOTT, *Appellant*.

Appeal from a judgment of the Superior Court for Klickitat County, No. 14-1-00105-5, Brian P. Altman, J., entered December 1, 2014. *Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Fearing and Lawrence-Berrey, JJ.

[No. 70514-8-I.  Division One.  November 2, 2015.]

U.S. BANK, *as Personal Representative*, ET AL., *Respondents*, v. THE DEPARTMENT OF REVENUE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 09-2-19306-1, Monica J. Benton, J., entered May 14, 2013. *Reversed* by unpublished opinion per Appelwick, J., concurred in by Verellen, A.C.J., and Schindler, J.

[No. 70518-1-I.  Division One.  November 2, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. SAY SULIN KEODARA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 12-1-04451-8, Laura Gene Middaugh, J., entered June 14, 2013. *Affirmed in part, reversed in part,* and *remanded with instructions* by unpublished opinion per Spearman, C.J., concurred in by Appelwick and Dwyer, JJ. Now published at 191 Wn. App. 305.